UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CASH MARTIN AND PAMELA MARTIN<br><br>PLAINTIFFS,<br><br>v.<br><br>AMERICAN STRATEGIC INSURANCE CORP,<br><br>DEFENDANT. | CIVIL ACTION NO. _____<br><br>Removed from Montgomery Circuit Court Case No. 21-CI-90214 |

**NOTICE OF REMOVAL**

Pursuant to 28 USC § 1441(a), the defendant, American Strategic Insurance Corp, by counsel, files its Notice of Removal of this case from the Montgomery Circuit Court of the Commonwealth of Kentucky (Civil Action No. 21-CI-90214), to the United States District Court for the Eastern District of Kentucky. In support of its Notice, and pursuant to 28 USC § 1446, American Strategic Insurance Corp. states as follows:

1.  On December 31, 2021, the plaintiffs, Cash and Pamela Martin, filed a complaint in Montgomery Circuit Court, bearing Civil Action No. 21-CI-90214, against American Strategic Insurance Corp.

2.  American Strategic Insurance Corp was served with a Summons and Complaint on January 24, 2022. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon American Strategic Insurance Corp are attached to this Notice of Removal as **Exhibit A.**

3.  The complaint alleges that the plaintiffs are currently and were at all relevant times (including at the time of filing the complaint) citizens of Kentucky. *See* Complaint at ¶ 3.

4. American Strategic Insurance Corp is a Florida corporation with its principal place of business in St. Petersburg, Florida. For federal court jurisdiction and diversity of citizenship purposes, American Strategic Insurance Corp is not a citizen of Kentucky because both its principal place of business and state of incorporation are in Florida. Accordingly, American Strategic Insurance Corp is a citizen of Florida for purposes of determining diversity of citizenship.

5. This action is between citizens of different states, and as a result, complete diversity of citizenship exists.

6. The plaintiffs are seeking contractual damages relating to an allegedly covered loss due to water damage to their property located at 8 White Avenue, Mount Sterling, KY 40353, in the amount of $139,283.57. (*See* Compl. at ¶¶ 1, 5, 6, 10, 11, 12, 13, and the unnumbered paragraph beginning with the word WHEREFORE.) Accordingly, the amount of damages the plaintiffs seek meets the amount in controversy requirement for this Court. *See* 28 U.S.C. § 1332.

7. Complete diversity of citizenship exists, and the amount in controversy exceeds $75,000. As a result, removal to this Court pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1332 is appropriate.

8. This Notice of Removal is timely because it was filed within 30 days of the date of service of the plaintiffs' complaint on the defendant, which seeks compensatory damages as well as interest that are reasonably believed to be in excess of $75,000.

9. Pursuant to 28 USC § 1446(d), the defendant is contemporaneously serving a copy of this Notice upon all adverse parties and the Clerk of the Montgomery County Circuit Court, with instructions to proceed no further unless and until this case is remanded.

WHEREFORE, American Strategic Insurance Corp hereby removes this case to federal court.

/s/ Neil E. Barton
Matthew E. Breetz
mbreetz@stites.com
Neil Barton
nbarton@stites.com
STITES & HARBISON PLLC
400 West Market Street
Suite 1800
Louisville, KY 40202-3352
Telephone: (502) 587-3400
*Counsel for American Strategic Insurance Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was on this 3rd day of February, 2022, served via United States First Class mail and/or electronic mail upon the following counsel of record:

Hans M. Pfaffenberger, Esq.
420 West Liberty Street, Suite 260
Louisville, KY 40202
Telephone: (502) 630-4021
hpfaffenberger@forthepeople.com

*Counsel for Plaintiff*

/s/ Neil E. Barton
Neil E. Barton

1491247:1

- 3 -