Filed    21-CI-90214    12/31/2021    Tanya Terry, Montgomery Circuit Clerk

NOT ORIGINAL DOCUMENT
01/03/2022 02:00:42 PM
HANS.PFAFFENBERGER@GMAIL.COM

# EXHIBIT A

COMMONWEALTH OF KENTUCKY
MONTGOMERY CIRCUIT COURT
CIVIL ACTION NO._____
Electronically Filed

**CASH MARTIN AND PAMELA MARTIN,**

    Plaintiffs,

v.

**AMERICAN STRATEGIC INSURANCE CORP,**

    Defendant.

_____/

## COMPLAINT

Plaintiffs, **CASH MARTIN AND PAMELA MARTIN**, sue the Defendant, **AMERICAN STRATEGIC INSURANCE CORP**, and alleges as follows:

1. This is an action for damages in excess of the jurisdictional limits of this Court, exclusive of prejudgment interest and costs.

2. At all material times, Defendant was a corporation, duly authorized and licensed to transact insurance business in the State of Kentucky. Defendant regularly conducted business, had offices, and/or maintained agents for the transaction of its customary business in Montgomery County, Kentucky.

3. Plaintiffs reside in Montgomery County, Kentucky, and are otherwise *sui juris*.

4. At all material times, Defendant insured Plaintiffs' dwelling, pursuant to policy number KYA24210 (hereafter "the Policy"). Plaintiffs are unsure whether Plaintiffs has a complete copy of the Policy; however, a complete copy of the Policy has been requested from Defendant and will be produced during discovery.

Presiding Judge: HON. WILLIAM LANE (621309)

COM : 000001 of 000021

5. During the policy period of 6/28/2019 00:00:00 to 6/28/2020 00:00:00, Plaintiffs' dwelling, located at 8 White Avenue, Mount Sterling, KY 40353 (hereafter "the Property"), sustained a covered loss due to water damage.

6. Plaintiffs notified Defendant of the damages.

7. Defendant assigned claim number 736994-201886 to the loss.

8. Defendant assigned a date of loss of February 21, 2020.

9. Plaintiffs complied with all conditions precedent to entitle Plaintiffs to recover under the Policy, or Defendant waived compliance with such conditions.

10. Defendant has failed to provide coverage for certain of Plaintiffs' losses.

11. As a result, Defendant has failed to pay for all of Plaintiffs' losses.

12. Defendant's failure to pay for all of Plaintiffs' losses is a material breach of contract.

13. As a result of Defendant's material breach of contract, it has become necessary for Plaintiffs to retain the services of the undersigned attorney.

**WHEREFORE**, Plaintiffs demands judgment against Defendant for all losses with interest on any overdue payments caused by Defendant's breach of contract, plus costs, and demands a trial by jury.

Filed          21-CI-90214      12/31/2021          Tanya Terry, Montgomery Circuit Clerk

NOT ORIGINAL DOCUMENT
01/03/2022 02:00:42 PM
HANS.PFAFFENBERGER@GMAIL.COM

Dated this 31st day of December, 2021.

                    Morgan & Morgan

                    */s/ Hans Pfaffenberger*
                    Hans M. Pfaffenberger, Esquire
                    Kentucky Bar No. 89307
                    420 West Liberty Street, Suite 260
                    Louisville, KY  40202
                    Telephone: (502) 630-4021
                    Facsimile:  (502) 630-4044
                    Primary Email:
                    blargaespada@forthepeople.com
                    Secondary Email:
                    hpfaffenberger@forthepeople.com
                    Attorneys for Plaintiffs

Presiding Judge: HON. WILLIAM LANE (621309)

COM : 000003 of 000021

Filed          21-CI-90214      12/31/2021          Tanya Terry, Montgomery Circuit Clerk