UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| CASH MARTIN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civil No. 5:22-cv-00024-GFVT |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| AMERICAN STRATEGIC INSURANCE | ) | |
| CORP., | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Notice of Voluntary Dismissal.  [R. 11.]  Plaintiffs Cash and Pamela Martin seek to dismiss their claims against Defendant American Strategic Insurance Corp. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  *Id.* Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1.    Plaintiffs Cash Martin and Pamela Martin's claims against Defendant American Strategic Insurance Corporation are **DISMISSED WITHOUT PREJUDICE**.  Each party shall bear his, her, or its own costs and fees; and

2.    This matter is **STRICKEN** from the Court's active docket, as Plaintiffs' claims against the Defendant have now been dismissed.

This is the 5th day of October, 2022.

Gregory F. Van Tatenhove
United States District Judge